IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY DOCTOR,

      Plaintiff,

v.                                       CASE NO. 4:09-cv-00073-MP-WCS

JEFF ATWATER, LORENA VOLLRATH BUENO, CHARLIE CRIST, NANCY DANIELS,
JUDGE KATHLEEN DEKKER, CHARLES FRANCIS, R FRED LEWIS, BILL MCCOLLUM,
WILLIE MEGGS, FRANK SHEFFIELD, DEBORAH WHISNANT,

      Defendants.

_____/

# **O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendation regarding the

Complaint filed by Gregory Doctor, Doc 1. Plaintiff was warned that a recommendation that the

case be dismissed would be made if he failed to comply with the February 2, 2009 order to file

an amended complaint by September 3, 2009. Though he moved for three extensions of time

and all three extensions were granted, Plaintiff has failed to file the required amended complaint

by the latest deadline of September 3, 2009.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. Link

v. Wabash R.R., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962). Fed. R. Civ. P. 41(b)

authorizes a district court to dismiss an action for failure to obey a court order. Moon v.

Newsome, 863 F.2d 835, 838 and cases cited (11th Cir.), *cert. denied*, 493 U.S. 863 (1989).

Plaintiff failed to file the required amended complaint even after being granted three extensions

of time. The Magistrate has recommended the case be dismissed without prejudice. The

Plaintiff has not filed any objections to that recommendation and the time for doing so has

passed.

Finding no plain error in the Magistrate's analysis, it is accordingly

**ORDERED AND ADJUDGED:**

1.      The Magistrate Judge's Report and Recommendation, Doc. 14, is ADOPTED and incorporated herein.

2.      This case is DISMISSED WITHOUT PREJUDICE.


**DONE AND ORDERED** this   *28th* day of October, 2009


                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge